# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| RE: | ) |
| | ) |
| Orangeburg Cable Inc | ) Case No: |
| | ) |
| | ) Chapter: 11 |
| | ) |
| Debtor (s) | ) |

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned, Larry Beach, is President and is the sole shareholder of Orangeburg Cable Inc, Inc. a South Carolina corporation. On June 10, 2015 the following resolution was duly adopted.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Larry Beach, be and hereby is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED that Larry Beach, President , be and hereby is. authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Larry Beach, be and hereby is, authorized and directed to employ Michael J. Cox, Attorney and the law firm of Michael J. Cox Attorney at Law, LLC to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Larry Beach , of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

*[signature: Larry G. Beach]*

Larry Beach, President
Orangeburg Cable Inc

Dated: June 10, 2015